JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVIA CREDIT UNION, | Case No. EDMC 17-20-JGB (KKx) |
| Petitioner, | |
| v. | ORDER |
| MCCUNE WRIGHT AREVALO, LLP, ET AL., | |
| Respondent(s). | |

On December 15, 2017, Petitioner initiated the instant miscellaneous civil action by filing a Motion to Compel Compliance with Subpoena for Production of Documents or, Alternatively, Transfer to the Western District of Michigan ("Motion to Compel"). The Motion to Compel seeks evidence in connection with a lawsuit pending in the United States District Court for the Western District of Michigan, Becky Pinkston-Poling v. Advia Credit Union, Case No. 1:15-cv-1208. ECF Docket No. ("Dkt.") 1.

On January 12, 2018, prior to Respondent filing any response to the Motion to Compel, Petitioner filed a Motion to Withdraw the Motion to Compel. Dkt. 9.

///
///
///

| | |
|---|---|
| 1 | Hence, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) |
| 2 | this action is DISMISSED WITHOUT PREJUDICE. |

Dated: January 18, 2018

HONORABLE JESUS G. BERNAL
United States District Judge